### 6296.   MITCHELL *v.* THE STATE.

BROYLES, J. There was ample evidence to authorize the verdict, and, no error of law being complained of, the trial judge did not err in overruling the motion for a new trial.        *Judgment affirmed.*

DECIDED MAY 4, 1915.

Indictment for murder—conviction of voluntary manslaughter; from Johnson superior court—Judge Larsen. December 31, 1914.

*Faircloth & Claxton, James K. Hines,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.